# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3126

_____

United States of America,

         Appellee,

v.

Edward Z. Henderson,
also known as Butch Lnu,

         Appellant.

\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Western District of Missouri.
\*
\*      [UNPUBLISHED]
\*
\*

_____

Submitted:  October 31, 2005
Filed:  November 16, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

After a bench trial, the district court[1] found Edward Henderson guilty of conspiring to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. § 846, and distributing or aiding and abetting the distribution of cocaine base on 4 occasions, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).  The court sentenced him to 240 months in prison and 10 years of supervised release.  On appeal, Henderson argues that although the evidence was sufficient to show that he was part

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

of the conspiracy, it was insufficient to show that he conspired to distribute more than 50 grams of cocaine base. He does not challenge his distribution convictions.

Viewing the evidence in the light most favorable to the verdict, we conclude that there was sufficient evidence to show that Henderson conspired to distribute more than 50 grams of cocaine base. See United States v. Tensley, 334 F.3d 790, 793-94 (8th Cir. 2003) (standard of review). His coconspirator, whose testimony the district court credited, testified that the conspirators sold about 255 grams of cocaine base per week out of Henderson's apartment. Given that the district court found the coconspirator's testimony credible and the charged conspiracy spanned more than three weeks, there is sufficient evidence to support a finding that Henderson conspired to distribute more than 50 grams of cocaine base.

Accordingly, we affirm the judgment of the district court.

_____